IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANDREW KUCHERA, | § | |
| Plaintiff, | § | |
| v. | § | 1:18-CV-920-RP |
| DANIEL GOLDSTEIN, CODY BARBO, and HUGE LEGAL TECHNOLOGY COMPANY, INC., d/b/a Trust & Will, | § | |
| Defendants. | § | |

# FINAL JUDGMENT

On February 6, 2019, the parties dismissed all claims in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 24). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on February 8, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE